# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0702
Lower Tribunal No. 21-CF-001477

_____

TIMOTHY DWIGHT BURTON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

February 6, 2026

PER CURIAM.

AFFIRMED. *See Rivera v. State*, 718 So. 2d 856, 858 (Fla. 4th DCA 1998).

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Blair Allen, Public Defender, and Richard J. D'Amico, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED